

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MOTEZ HITO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> 2:05-CR-402-RCJ-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#14) on February 14, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Wells Fargo Bank
**Total Amount of Restitution Ordered:** $663,861.96

Dated this ____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE